# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CLARENCE D JOHNSON, JR,

    Plaintiff,

v.

JUDGE KILBERT, et al.,

    Defendants.

Case No. C21-593RSM

ORDER TO SHOW CAUSE

*Pro se* Plaintiff Clarence D. Johnson has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #8. The Complaint was posted on the docket on May 25, 2021. Dkt. #8. Summonses have not yet been issued.

Mr. Johnson brings suit against "Judge Kilbert," and "Queen Elizabeth" using a form complaint. Dkt. #8. For "Statement of Claim," he has written only "judicial kidnapping see agent Byeas FBI," followed by what appears to be a case number. *Id* at 5. For "Request for Relief," he has written only "contact Cochran law firm" followed by a phone number and "white house gov been served." *Id*. at 6. He indicates that he has filed previous lawsuits in federal court involving the parties "Queen Elizabeth Joe Biden Clarence D. Johnson." *Id*. at 4.

ORDER TO SHOW CAUSE - 1

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

Mr. Johnson's Complaint fails to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). There are no coherent citations to law or references to facts. The opaque references to various public figures throughout the filings indicate this case is frivolous on its face.

This Complaint appears to suffer from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B). In Response to this Order, Mr. Johnson must write a short statement telling the Court (1) the laws upon which his claims are based, (2) the facts giving rise to those claims, and (3) why this case should not be dismissed as frivolous. **This Response may not exceed six (6) pages**. Mr. Johnson is not to file any attachments. The Court will take no further action in this case until he has submitted this Response.

Accordingly, the Court hereby finds and ORDERS that Mr. Johnson shall file a Response to this Order to Show Cause containing the detail above **no later than twenty-one (21) days from the date of this Order**. Failure to file this Response will result in dismissal of this case.

DATED this 26th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE