# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CLARENCE D JOHNSON, JR, <br><br> Plaintiff, <br><br> v. <br><br> JUDGE KILBERT, et al., <br><br> Defendants. | Case No. C21-593RSM <br><br> ORDER OF DISMISSAL |

*Pro se* Plaintiff Clarence D. Johnson has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #7. The Complaint was posted on the docket on May 25, 2021. Dkt. #8. Summonses have not yet been issued.

On May 26, 2021, the Court issued an Order to Show Cause why this case should not be dismissed for failing to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a) and for frivolousness under 28 U.S.C. § 1915(e)(2)(B). Dkt. #12. The Court gave Mr. Johnson 21 days to file a response, warning that failure to respond "will result in dismissal of this case." *Id*. at 2. Mr. Johnson has failed to file a timely response.

Mr. Johnson brings suit against "Judge Kilbert," and "Queen Elizabeth" using a form complaint. Dkt. #8. For "Statement of Claim," he has written only "judicial kidnapping see agent Byeas FBI," followed by what appears to be a case number. *Id* at 5. For "Request for

ORDER OF DISMISSAL - 1

Relief," he has written only "contact Cochran law firm" followed by a phone number and "white house gov been served." *Id*. at 6. He indicates that he has filed previous lawsuits in federal court involving the parties "Queen Elizabeth Joe Biden Clarence D. Johnson." *Id*. at 4.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

Mr. Johnson's Complaint fails to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). There are no coherent citations to law or references to facts. The opaque references to various public figures throughout the filings indicate this case is frivolous on its face. The Court finds that this Complaint suffers from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's claims are DISMISSED and this case is CLOSED.

DATED this 21st day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2