UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLARENCE D JOHNSON, JR, | Case No. C21-593RSM |
| Plaintiff, | ORDER DENYING PENDING MOTIONS |
| v. | |
| JUDGE KILBERT, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff Clarence D. Johnson, Jr.'s pending Motions. Dkts. #14, #18, and #19. The Court dismissed all of Plaintiff's claims on June 21, 2021. Dkt. #13. Mr. Johnson filed a Notice of Appeal on August 9, 2021. Dkt. #15. This appeal is currently pending.

The above Motions from Mr. Johnson are handwritten and only one or two sentences long. The first states only "suppress all statements and evidence," the second states "Mr. Johnson sending in speedy motion for appeals arrest warrants [unintelligible] (rule nine)," and the third states sending motion seal documents from public." Dkts. #14, #18, and #19. These Motions provide contact information for a law firm and other individuals.

ORDER DENYING PENDING MOTIONS - 1

These Motions do not set forth a legal basis for relief and cannot be granted as drafted. Furthermore, the Court will not grant such relief unless this case is remanded back from the Ninth Circuit and Plaintiff has claims before the Court.

Accordingly, having considered the Motions and the remainder of the record, the Court hereby finds and ORDERS that the above Motions, Dkts. #14, #18, and #19, are DENIED.

DATED this 27th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE